UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **ANTHONY NATALE, JR.**, on behalf of himself and all others similarly situated,<br><br>**Plaintiff**,<br><br>v.<br><br>**GENERAL MOTORS CORPORATION,**<br><br>**Defendant**. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 05-11152-RCL<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT GENERAL MOTORS CORPORATION'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant General Motors Corporation ("GM") hereby moves to dismiss with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6), all Counts of plaintiffs' Complaint. The grounds for this motion are set forth in the accompanying Memorandum of Law In Support of Defendant's Motion to Dismiss.

In the alternative, GM moves to dismiss, without prejudice, pursuant to Fed. R. Civ. P. 12(b)(5) and Mass. R. Civ. P. 4(j), all Counts of Plaintiffs' Complaint. The grounds for this motion are set forth in the accompanying Memorandum of Law In Support of Defendant's Motion to Dismiss and the supporting affidavits of Carol E. Head and Lawrence S. Buonomo.

### REQUEST FOR ORAL ARGUMENT

Because oral argument may assist the court in determining the issues presented in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, and Defendant GM wishes to be heard on this matter, GM hereby requests oral argument for this motion to dismiss.

WHEREFORE, GM respectfully requests that this Court dismiss all Counts of the Complaint.

| | |
|---|---|
| June 10, 2005 | **GENERAL MOTORS CORPORATION,** |
| | By its attorneys, |
| | /s/ Carol E. Head |
| | John R. Skelton, BBO #552606 |
| | Carol E. Head, BBO #652170 |
| | **BINGHAM MCCUTCHEN LLP** |
| | 150 Federal Street |
| | Boston, MA  02110-1726 |
| | (617) 951-8000 |
| *Of counsel:* | Robert B. Ellis (IL ARDC #6206846) |
| Lawrence S. Buonomo, Esq. | Scott F. Hessell (IL ARDC #6275119) |
| General Motors Legal Staff | **KIRKLAND & ELLIS LLP** |
| 400 Renaissance Center | 2300 E. Randolph Drive |
| Mail Code 482-026-601 | Chicago, IL  60601 |
| Detroit, Michigan  49265-4000 | (312) 861-2000 |
| (313) 665-7390 | |

## RULE 7.1(A)(2) CERTIFICATE

Undersigned counsel, John R. Skelton, certifies that on June 9, 2005, he conferred with plaintiffs' counsel, David Pastor, by telephone and that they attempted in good faith to resolve or narrow the issues presented by this Motion but were unable to do so.

    /s/  John R. Skelton
          John R. Skelton

## **CERTIFICATE OF SERVICE**

      I, Carol E. Head, hereby certify that a true and correct copy of the foregoing Defendant General Motors Corporation's Motion to Dismiss was served on June 10, 2005 via mail, to the following:

    David Pastor, Esq.
    Kenneth G. Gilman, Esq.
    Gilman and Pastor, LLP
    60 State Street, 37th Floor
    Boston, MA  02109

                                              /s/  Carol E. Head
                                              Carol E. Head