UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY NATALE, JR., on behalf of himself and all others similarly situated,    )<br>)<br>)<br>                       Plaintiff    )<br>)<br>v.    )<br>)<br>GENERAL MOTORS CORPORATION,    )<br>)<br>                       Defendant.    )| CIVIL ACTION<br>NO. 05-11152-RCL |

**JOINT STIPULATION FOR EXTENSION OF TIME**

The parties hereby stipulate that the time for Plaintiff Anthony Natale, Jr. to file his opposition to the Defendant's Motion to Dismiss Plaintiff's Complaint shall be extended to July 25, 2005.

Dated: June 23, 2005                                          Respectfully submitted,

s/ Carol E. Head                                              s/ David Pastor
Carol E. Head, BBO #652170                        Kenneth G. Gilman, BBO #192760
John R. Skelton, BBO #552606                     David Pastor, BBO #391000
BINGHAM MCCUTCHEN LLP                      GILMAN AND PASTOR, LLP
150 Federal Street                                          60 State Street, 37th Floor
Boston, MA 02110-1726                                Boston, MA 02109
Telephone: (617) 951-8000                            Telephone: (617) 742-9700


Robert B. Ellis, Esq.                                       **ATTORNEYS FOR PLAINTIFF**
Scott F. Hessell, Esq.
KIRKLAND & ELLIS LLP
2300 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000


00005169.WPD ; 1

*Of counsel*:

Lawrence S. Buonomo, Esq.
General Motors Legal Staff
400 Renaissance Center
Mail Code 482-026-601
Detroit, Michigan 49265-4000
(313) 665-7390

**ATTORNEYS FOR DEFENDANTS**