UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY NATALE, JR., on behalf of himself and all others similarly situated,<br><br>           Plaintiff<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>           Defendant. | CIVIL ACTION<br>NO. 05-11152-RCL |

**JOINT STIPULATION FOR EXTENSION OF TIME**

      The parties hereby stipulate that the time for Plaintiff Anthony Natale, Jr. to file his opposition to the Defendant's Motion to Dismiss Plaintiff's Complaint shall be extended to August 11, 2005.

Dated: July 22, 2005

Respectfully submitted,

s/ John R. Skelton
John R. Skelton, BBO #552606
Carol E. Head, BBO #652170
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000

s/ David Pastor
Kenneth G. Gilman, BBO #192760
David Pastor, BBO #391000
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 742-9700

Robert B. Ellis, Esq.
Scott F. Hessell, Esq.
KIRKLAND & ELLIS LLP
2300 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

**ATTORNEYS FOR PLAINTIFF**

00005609.WPD ; 1

*Of counsel*:

Lawrence S. Buonomo, Esq.
General Motors Legal Staff
400 Renaissance Center
Mail Code 482-026-601
Detroit, Michigan 49265-4000
(313) 665-7390

**ATTORNEYS FOR DEFENDANTS**

00005609.WPD ; 1