# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

July 6, 2005

David Pastor, Esq.
Gilman & Pastor, L.L.P.
60 State Street
37th Floor
Boston, MA 01906

Re: MDL-1562 -- In re General Motors Corp. Dex-Cool Products Liability Litigation

*Anthony Natale, Jr. v. General Motors Corp.*, D. Massachusetts, C.A. No. 1:05-11152 (Judge Reginald C. Lindsay)

Motion and Brief Due on or before: **July 21, 2005**

Dear Mr. Pastor:

We have received and filed your Notice of Opposition to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel. You must adhere to the following filing requirements:

1) **Your Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel offices by the due date listed above. An ORIGINAL and FOUR copies of all pleadings, as well as a COMPUTER READABLE DISK of the pleading in WordPerfect for Windows format, are currently required for filing. Fax transmission of your motion and brief will not be accepted.** See Panel Rule 5.12(d). **Counsel filing oppositions in more than one action are encouraged to consider filing a single motion and brief with an attached schedule of actions.**
2) **Papers must be served on the enclosed Panel Service List. Please attach a copy of this list to your certificate of service.** (Counsel who have subsequently made appearances in your action should be added to your certificate of service).
3) **Rule 5.3 corporate disclosure statements are due within eleven days of the filing of the motion to vacate.**
4) **Failure to file and serve the required motion and brief within the allotted fifteen days will be considered a withdrawal of the opposition and the stay of the conditional transfer order will be lifted.**

Any recent official change in the status of a referenced matter should be brought to the attention of the clerk's office as soon as possible by facsimile at (202) 502-2888. Your cooperation would be appreciated.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ [signature]
Deputy Clerk

Enclosure

cc: Panel Service List
    Transferee Judge: Judge G. Patrick Murphy
    Transferor Judge: Judge Reginald C. Lindsay

JPML Form 37

PANEL ATTORNEY SERVICE LIST
DOCKET NO. 1562
IN RE GENERAL MOTORS CORP. DEX-COOL PRODUCTS LIABILITY LITIGATION

*Anthony Natale, Jr. v. General Motors Corp.,* D. Massachusetts, C.A. No. 1:05-11152 (Judge Reginald C. Lindsay)

Carol E. Head
Bingham McCutchen LLP
150 Federal Street
15th Floor
Boston, MA 02110

David Pastor
Gilman & Pastor, L.L.P.
60 State Street
37th Floor
Boston, MA 01906

Ernest Cory
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

Robert B. Ellis
Kirkland & Ellis, LLP
200 East Randolph Drive
Suite 5800
Chicago, IL 60601