UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **ANTHONY NATALE, JR.**, on behalf of himself and all others similarly situated,<br><br>        **Plaintiff**,<br><br> v.<br><br>**GENERAL MOTORS CORPORATION,**<br><br>        **Defendant**. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 05-11152-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION FOR EXTENSION OF TIME

  The parties hereby stipulate that the time for Plaintiff Anthony Natale, Jr. to file his opposition to the Defendant's Motion to Dismiss Plaintiff's Complaint shall be extended to August 18, 2005 and the time for Defendant General Motors to file its opposition to Plaintiff's Motion to Remand shall be extended to August 22, 2005.

Dated:  August 2, 2005

/s/ Douglas J. Hoffman
Kenneth G. Gilman, BBO #192760
David Pastor, BBO #391000
Douglas J. Hoffman, BBO #640472
**GILMAN AND PASTOR LLP**
60 State Street, 37th Floor
Boston, MA  02109
(617) 742-9700

**ATTORNEYS FOR PLAINTIFF**

Respectfully submitted,

/s/ Carol E. Head
John R. Skelton, BBO #552606
Carol E. Head, BBO #652170
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Robert B. Ellis, Esq.
Scott F. Hessell, Esq.
**KIRKLAND & ELLIS LLP**
2300 E. Randolph Drive
Chicago, IL  60601
(312) 861-2000

- 2 -

*Of counsel:*
Lawrence S. Buonomo, Esq.
General Motors Legal Staff
400 Renaissance Center
P. O. Box 400
Mail Code 482-026-601
Detroit, Michigan  49265-4000
(313) 665-7390

**ATTORNEYS FOR DEFENDANT**