UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY NATALE, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION,<br><br>Defendant. | CIVIL ACTION<br>NO. 05-11152-RCL |

## AFFIDAVIT OF COUNSEL

Carol E. Head deposes and says:

1. My name is Carol E. Head. I am an associate with the law firm of Bingham McCutchen LLP. I, along with John Skelton, Esq., represent Defendant General Motors Corporation ("GM").

2. I have reason to believe that the discovery requested will lead to the disclosure of facts material to GM's Opposition to Plaintiff's Motion to Remand.

3. Specifically, I have a substantial basis to believe such discovery will reveal that Plaintiff Anthony Natale, Jr. (1) is a resident of Middlesex County; (2) owns a 1994 Chevrolet Blazer; (3) purchased this vehicle used in April, 2004 and not new from a GM dealership; and (4) never had a vehicle which was factory-equipped with Dex-Cool engine coolant.

4. Exhibit 1 to Defendant General Motors Corporation's Motion For Leave to Conduct Discovery In Aid of its Opposition to Plaintiff's Motion To Remand is a true and accurate copy of email correspondence between Douglas Hoffman, counsel for Plaintiff Anthony Natale, Jr., and John R. Skelton, counsel for GM, dated Tuesday July 26, 2005.

Signed under the penalties of perjury this 12th day of August, 2005

/s/ Carol E. Head
Carol E. Head

**CERTIFICATE OF SERVICE**

I, Carol E. Head, hereby certify that a true and correct copy of the foregoing Affidavit was served on August 12, 2005 via first-class mail upon counsel of record for the plaintiff:

David Pastor, Esq.
Kenneth G. Gilman, Esq.
Gilman and Pastor, LLP
60 State Street, 37th Floor
Boston, MA  02109

/s/ Carol E. Head
Carol E. Head

LITDOCS/611377.1