## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY NATALE, JR., on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>         v.<br><br>GENERAL MOTORS CORPORATION,<br><br>                              Defendant. | CIVIL ACTION<br>NO. 05-11152-RCL |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please notice the appearance of T. Peter R. Pound and Bingham McCutchen LLP as attorneys for the defendant, General Motors Corporation.

Respectfully submitted,

/s/ T. Peter R. Pound
T. Peter R. Pound, BBO #657378
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: August 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel of record for each other party via first class mail and through the ECF/CM system on August 15, 2005.

/s/ T. Peter R. Pound
T. Peter R. Pound