UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Clerk's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma 02210
617-748-9152

TO:                                                    Our Case No.:   **1:05-cv-11152**

**Clerk Of Court
U.S.D.C   For   The
Southern  District of ILLINOIS**          Case Caption:    **Anthony Natale, Jr**
**P.O. Box 249**                                                    v.
**East St. Louis, IL 62202**                        **General Motors Corpoation**


Please be advised that this case has been transferred to:    **Southern  District of ILLINOIS**


Attached please find a copy of the INTERNAL docket sheet and a copy of the transfer order.

Following are instructions for retrieving the electronic case filings:

- Go to the Court's web site - www.mad.uscourts.gov
- Select Case Information and Click on CM/ECF - Pacer System
- At login type: your court's PACER login and password
    - Skip "Client Code". Click login

- Once you are into CM/ECF, to print the public docket sheet click:
    - Reports, Docket Sheet, Type in Case number and Run Report and then print

- To save the docket as a PDF file, go to print and change the printer to Acrobat Writer/Distiller and save as a PDF file to be retrieved later.

- To print each item on the docket sheet click on the underlined document number and print.

- To save a copy of the document to add to your docket, click on the disk icon on the menu bar under the blue CM/ECF menu bar and save as a PDF file in a folder to be retrieved later.
    - If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. The entry will be just what is printed on the docket sheet.

NOTE: ONCE YOU HAVE RETRIEVED THE NECESSARY INFORMATION PLEASE

E-mail me at      **Steve_York@mad.uscourts.gov**     with your court's case information.

 Thank You

Date:  **01/30/2006**                                       By:   **/s/ Steve York**
                                                                        Deputy Clerk